# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN CODDINGTON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SGT. RICHARD CABRERA, DEPUTY JACK SOBOL, DEPUTY HERBERT PARADA,<br><br>　　　　　　　　Defendants. | CASE NO. 3:17-cv-00256-MMD-WGC<br><br>ORDER APPROVING:<br>**STIPULATION AND ORDER TO EXCUSE LYON COUNTY REPRESENTATIVE FROM APPEARANCE AT SETTLEMENT CONFERENCE OF 3/19/20** |

COMES NOW, Plaintiff, RYAN CODDINGTON, and Defendants, RICHARD CABRERA, JACK SOBOL, and HERBERT PARADA, by and through their attorneys of record, and hereby stipulate and agree that Lyon County Manager Jeff Page be excused from appearing at the settlement conference scheduled for March 19, 2020, at 10:00 a.m. Due to the Governor's announcement concerning additional shutdowns, and the disruption caused by COVID-19 generally, Mr. Page's presence is needed in his County at this time. Counsel for the Defendants will appear at the settlement conference with Jasmine Sanchez, the representative for

/ / /

/ / /

- 1 -

Lyon County's insurance carrier, and approval of any settlement reached is not required by Mr. Page or any other representative of Lyon County.

| | |
|---|---|
| DATED this 18th day of March, 2020.<br><br>SIMONS HALL JOHNSTON, PC<br><br>By: _/ s / **Brad Johnston, Esq.**_<br>   Brad Johnston, Esq.<br>   State Bar No. 8515<br>   22 State Route 208<br>   Yerington, NV 89447<br>   (775) 463-9500<br>   bjohnston@shjnevada.com<br>   *Attorney for Plaintiff*<br>   *Ryan Coddington* | DATED this 18th day of March, 2020.<br><br>THORNDAL ARMSTRONG<br> DELK BALKENBUSH & EISINGER<br><br>By: _/ s / **Katherine F. Parks, Esq.**_<br>   Katherine F. Parks, Esq.<br>   State Bar No. 6227<br>   6590 S. McCarran Blvd., Suite B<br>   Reno, Nevada 89509<br>   (775) 786-2882<br>   kfp@thorndal.com<br>   Attorneys for Defendants<br>   SGT. RICHARD CABRERA, DEPUTY JACK SOBOL AND DEPUTY HERBERT PARADA |

**ORDER**

IT IS SO ORDERED.

DATED: March 18, 2020.

_____
UNITED STATES MAGISTRATE JUDGE