1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
5  Attorneys for Defendants
   SGT. RICHARD CABRERA, DEPUTY JACK SOBOL
6  AND DEPUTY HERBERT PARADA

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9

| RYAN CODDINGTON, | CASE NO.  3:17-cv-00256-MMD-WGC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SGT. RICHARD CABRERA, DEPUTY JACK SOBOL, DEPUTY HERBERT PARADA, | |
| Defendants. | |

   COMES NOW, Plaintiff, RYAN CODDINGTON, and Defendants, RICHARD

CABRERA, JACK SOBOL, and HERBERT PARADA, by and through their respective

undersigned counsel, and hereby stipulate that the above-entitled matter may be dismissed with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

prejudice in its entirety and each party to bear their own costs and attorney's fees.

| DATED this 17th day of June, 2020. | DATED this 17th day of June, 2020. |
|---|---|
| SIMONS HALL JOHNSTON, PC | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / **Brad Johnston**_____<br>Brad Johnston, Esq.<br>State Bar No. 8515<br>22 State Route 208<br>Yerington, NV 89447<br>(775) 463-9500<br>bjohnston@shjnevada.com<br>*Attorney for Plaintiff*<br>*Ryan Coddington* | By: _/ s / **Katherine F. Parks, Esq.**_<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>(775) 786-2882<br>kfp@thorndal.com<br>Attorneys for Defendants<br>SGT. RICHARD CABRERA, DEPUTY JACK SOBOL AND DEPUTY HERBERT PARADA |

**ORDER**

It is so ordered.

DATED: __June 18_____, 2020.

_____
UNITED STATES DISTRICT JUDGE